GARY M. RESTAINO
United States Attorney
District of Arizona
Jane L. Westby
Caroline S. Allen
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jane.Westby@usdoj.gov
Attorneys for Plaintiff

FILED
2024 AUG -7 PM 2:10
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-05055 TUC-RCC(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Darlene Musgrove,

Defendant.

**INDICTMENT**

Violations:

26 U.S.C. §§ 7206(2)
(Aid and Assist in the Preparation and Presentation of False Income Tax Returns)
Counts 1 – 20

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all relevant times to this Indictment:

1. Defendant DARLENE MUSGROVE ("Defendant"), a resident of Tucson, Arizona, prepared federal individual income tax returns ("tax returns") for her clients for a fee.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

3. Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was an IRS form that taxpayers used to file individual income tax returns.

4. Schedule A, Itemized Deductions ("Schedule A"), was an IRS form that could be attached to a Form 1040 and was used to calculate itemized deductions.

5. Schedule C, Profit or Loss from Business ("Schedule C"), was an IRS form that could be attached to a Form 1040 and was used to report income or loss from a business operated as a sole proprietorship.

6. Form 8863, Education Credits ("Form 8863"), was an IRS form that could be attached to a Form 1040 and was used to report education credits based on qualified education expenses.

<u>Defendant Musgrove's Education and Experience in Accounting and Tax</u>

7. Between about 1976 to 1978, Defendant completed classes in accounting and tax accounting at Arizona State University.

8. Defendant also attended the University of Phoenix and obtained a Bachelor of Science in Business Administration in 2006 and Master of Business Administration in 2007, including classes in financial accounting.

9. On her University of Phoenix admission application in 2004, Defendant stated that she was working as a senior financial accountant for Pima County since 1999.

10. Defendant has also stated that she worked as a corporate tax auditor for the Arizona Department of Revenue between about 1983 and 1996.

<u>Defendant Musgrove's Income Tax Return Preparation Business</u>

11. Defendant operated an income tax preparation business out of her residence in Tucson, Arizona, under the name "Darlene Musgrove Accounting and Tax Services."

12. Defendant prepared and filed her clients' tax returns with the IRS for a fee, charging her clients varying amounts including up to approximately $375.00.

13. Defendant knowingly made materially false statements on her clients' tax returns which included false Schedule C business losses, false Schedule A deductions, and false Form 8863 qualified education expenses.

14. When Defendant filed the false tax returns with the IRS, she did not include her signature or stamp as a paid tax preparer. However, copies of tax returns provided by Defendant to clients contained Defendant's stamp as the paid preparer.

15. Defendant did not ask her clients about Schedule C business losses, Schedule A deductions, or education expenses and her clients did not tell Defendant that they had the business losses, the deductions or the education expenses that Defendant knowingly and falsely included on her clients' tax returns.

16. Defendant knowingly and willfully made the false statements on her client's tax returns without her clients' authorization.

17. Before some of Defendant's clients asked Defendant to prepare and file their tax returns, they heard that MUSGROVE got refunds for her clients.

18. Before receiving any tax information from two potential clients, Defendant told one potential client that "I guarantee you you're not going to owe…," and another potential client that "I will tell you right now I'm sure if I'm doing them you're gonna get a refund…"

**<u>COUNTS 1 - 20</u>**

**Title 26 U.S.C. § 7206(2)**

**Aid and Assist in Preparation and Presentation of False Federal Income Tax Return**

The introductory allegations in paragraphs 1 through 18 above are re-alleged and incorporated by reference as if fully set forth herein.

19. On or about the dates set forth below, at or near Tucson, Arizona, in the District of Arizona, the Defendant, DARLENE MUSGROVE, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation, to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified. The returns were false and fraudulent as to material matters necessary to a determination of whether income tax was owed, in that they represented that the taxpayers were entitled under the provisions of the

Internal Revenue laws to claim deductions and expenses for items and in amounts hereinafter specified, whereas, as the Defendant then and there knew, the taxpayers were not entitled to claim deductions and expenses in the claimed amounts, as further set forth below.

| Count | Taxpayer Initials | Tax Year | Approximate Filing Date | False Items | Tax Loss |
|---|---|---|---|---|---|
| 1 | A.E. Jr. | 2019 | 2/12/2020 | a. Schedule A, Line 1, Medical and Dental Expenses: $20,635<br>b. Schedule A, Line 11, Gifts by Cash or Check: $7,262<br>c. Schedule C, Line 31, Net Profit or (Loss): $15,984 | $10,983 |
| 2 | A.E. Jr. | 2020 | 2/19/2021 | a. Schedule A, Line 1, Medical and Dental Expenses: $25,588<br>b. Schedule A, Line 11, Gifts by Cash or Check: $8,131<br>c. Schedule C, Line 31, Net Profit or (Loss): $18,385 | $9,906 |
| 3 | A.E. Jr. | 2021 | 3/30/2022 | a. Schedule A, Line 1, Medical and Dental Expenses: $41,828<br>b. Schedule A, Line 11, Gifts by Cash or Check: $9,101<br>c. Schedule C, Line 31, Net Profit or (Loss): $23,384 | $14,181 |
| | | | | | |
| 4 | A.E. III | 2018 | 1/28/2019 | a. Schedule A, Line 1, Medical and Dental Expenses: $18,592<br>b. Schedule A, Line 11, Gifts by Cash or Check: $3,862<br>c. Schedule C, Line 31, Net Profit or (Loss): $14,406 | $2,890 |

| Count | Taxpayer Initials | Tax Year | Approximate Filing Date | False Items | Tax Loss |
|---|---|---|---|---|---|
| 5 | A.E. III | 2019 | 2/12/2020 | a. Schedule A, Line 1, Medical and Dental Expenses: $24,478<br>b. Schedule A, Line 11, Gifts by Cash or Check: $5,568<br>c. Schedule C, Line 31, Net Profit or (Loss): $14,992 | $5,116 |
| 6 | A.E. III | 2020 | 3/15/2021 | a. Schedule A, Line 1, Medical and Dental Expenses: $29,638<br>b. Schedule A, Line 11, Gifts by Cash or Check: $3,052<br>c. Schedule C, Line 31, Net Profit or (Loss): $14,219 | $3,964 |
| 7 | A.E. III | 2021 | 3/12/2022 | a. Schedule A, Line 1, Medical and Dental Expenses: $23,852<br>b. Schedule A, Line 11, Gifts by Cash or Check: $4,365 | $1,785 |
| | | | | | |
| 8 | J.F. | 2019 | 2/27/2020 | a. Schedule A, Line 1, Medical and Dental Expenses: $16,383<br>b. Schedule A, Line 11, Gifts by Cash or Check: $3,004<br>c. Schedule C, Line 31, Net Profit or (Loss): $25,612 | $4,150 |
| 9 | J.F. | 2020 | 2/11/2021 | a. Schedule A, Line 1, Medical and Dental Expenses: $17,705<br>b. Schedule A, Line 11, Gifts by Cash or Check: $3,988<br>c. Schedule C, Line 31, Net Profit or (Loss): $18,566 | $4,053 |
| 10 | J.F. | 2021 | 2/20/2022 | a. Schedule A, Line 1, Medical and Dental Expenses: $31,612<br>b. Schedule A, Line 11, Gifts by Cash or Check: $5,752<br>c. Schedule C, Line 31, Net Profit or (Loss): $23,039 | $5,258 |

| Count | Taxpayer Initials | Tax Year | Approximate Filing Date | False Items | Tax Loss |
|---|---|---|---|---|---|
| | | | | | |
| 11 | J.G. | 2018 | 2/6/2019 | a. Form 8863, Line 27, Qualified Education Expenses: $3,650<br>b. Schedule C, Line 31, Net Profit or (Loss): $13,726 | $4,369 |
| 12 | J.G. | 2019 | 1/30/2020 | a. Form 8863, Line 27, Qualified Education Expenses: $4,000<br>b. Schedule C, Line 31, Net Profit or (Loss): $11,611 | $3,983 |
| 13 | J.G & V.G. | 2020 | 3/5/2021 | a. Form 8863, Line 27, Qualified Education Expenses: $4,000<br>b. Schedule A, Line 1, Medical and Dental Expenses: $23,705<br>c. Schedule A, Line 5b, Real Estate Taxes: $4,183<br>d. Schedule A, Line 11, Gifts by Cash or Check: $7,487<br>e. Schedule C, Line 31, Net Profit or (Loss): $12,142 | $5,650 |
| | | | | | |
| 14 | N.S. | 2020 | 5/24/2021 | a. Schedule A, Line 1, Medical and Dental Expenses: $18,045<br>b. Schedule A, Line 11, Gifts by Cash or Check: $5,525<br>c. Schedule C, Line 31, Net Profit or (Loss): $21,738 | $7,195 |
| 15 | N.S. | 2021 | 2/27/2022 | a. Schedule A, Line 1, Medical and Dental Expenses: $23,912<br>b. Schedule A, Line 11, Gifts by Cash or Check: $6,454<br>c. Schedule C, Line 31, Net Profit or (Loss): $14,052 | $7,341 |
| | | | | | |

| Count | Taxpayer Initials | Tax Year | Approximate Filing Date | False Items | Tax Loss |
|---|---|---|---|---|---|
| 16 | S.C. & P.C. | 2019 | 6/16/2020 | a. Schedule A, Line 1, Medical and Dental Expenses: $43,329<br>b. Schedule A, Line 11, Gifts by Cash or Check: $10,163 | $5,058 |
| 17 | S.C. & P.C. | 2021 | 4/15/2022 | a. Schedule A, Line 1, Medical and Dental Expenses: $54,947<br>b. Schedule A, Line 11, Gifts by Cash or Check: $13,205 | $9,524 |
| | | | | | |
| 18 | T.H. | 2018 | 3/10/2019 | a. Schedule A, Line 1, Medical and Dental Expenses: $31,548<br>b. Schedule A, Line 5b, Real Estate Taxes: $5,236<br>c. Schedule A, Line 5c, Personal Property Taxes: $3,100<br>d. Schedule A, Line 11, Gifts by Cash or Check: $7,055 | $5,282 |
| 19 | T.H. | 2019 | 4/18/2020 | a. Schedule A, Line 1, Medical and Dental Expenses: $35,876<br>b. Schedule A, Line 5b, Real Estate Taxes: $6,120<br>c. Schedule A, Line 5c, Personal Property Taxes: $2,877<br>d. Schedule A, Line 11, Gifts by Cash or Check: $7,003 | $5,853 |

| Count | Taxpayer Initials | Tax Year | Approximate Filing Date | False Items | Tax Loss |
|---|---|---|---|---|---|
| 20 | T.H. | 2020 | 7/2/2021 | a. Schedule A, Line 1, Medical and Dental Expenses: $18,965<br>b. Schedule A, Line 5b, Real Estate Taxes: $6,260<br>c. Schedule A, Line 5c, Personal Property Taxes: $2,486<br>d. Schedule A, Line 11, Gifts by Cash or Check: $5,652 | $2,266 |
| | **Total Tax Loss** | | | | $118,807 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 08/07/2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
Jane L. Westby
Caroline S. Allen
Assistant U.S. Attorneys